# Chapter 13 Plan

Case No.: 14-04719

Debtor(s): Whearlee L. Clifton _____  SS# xxx-xx-6892 _____  Net Monthly Earnings: $3,758 _____

_____  SS# _____  Number of Dependents: 0 _____

**I. Plan Payments:**

(X) Debtor(s) propose to pay a periodic payment of $445 [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [X] Monthly into the plan; or

(__) Payroll deduction Order: To _____ for

$_____ [ ] Weekly [ ] Biweekly [ ] Semi-Monthly [ ] Monthly

Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $26,699.

**II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:**

**A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]**

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

**B. Total Attorney Fee:** $3000; $275 paid pre-petition; $680 to be paid at confirmation and then $340 per month for 2 months, then $415 per month for 2 months, then $220 per month.

**C.** The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payment to Begin: Month/Year | Arrears to be paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Roundpoint Mortgage | $98,225 | $571 [ ] by Trustee [X] by Debtor | January 2015 | $5,773 | Through December 2014 | 3% | $115 |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| Cash Max | N/A | $4,050 | $7,275 | $0 | Dodge Ram 1500 - 2005 | 5% | $84 | July 2015 |

**III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct: None**

**IV. Special Provisions.**

[X] This is an original plan.

[ ] This is an amended plan replacing plan dated _____.

[X] This plan proposes to pay unsecured creditors 100%.

[X] Other provisions: 1) The monthly Chapter 13 plan payment to be made to the Chapter 13 Trustee will be reduced by the amount of the monthly Bankruptcy Court filing fee installment payment.

2) Attorney fees for debtor's attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.

3) The fixed payments to Roundpoint Mortgage shall begin July 2015.

4) In the event that the Debtor recovers any settlement or judgment award regarding the asbestos claims, said proceeds shall be applied to the plan and distributed to the creditors holding filed, allowed claims.

5) Debtor reserves the right to proceed during the post-confirmation period with any Adversary Proceeding action, State Court action, or U.S. District Court action, whether denominated a claim, counterclaim or cross claim, or other regarding the asbestos claims, which may be filed and that confirmation of this Plan will not prohibit the Debtors from proceeding with said actions to their conclusion and will not be res judicata regarding any issues involved in said actions or estop or preclude any issues involved in said actions from being raised, or have any binding effect on the outcome of said actions.

6) Debtor will continue to pay pre-petition and post-petition electrical service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar an APCO utility's efforts to collect pre-petition and post-petition utility service debt.

7) Debtor will continue to pay pre-petition and post-petition utility debts in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under Section 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar the utility companies efforts to collect pre-petition and post-petition utility service debt.

Attorney for Debtor(s):  Dated: 12-10-14  /s/Whearlee L. Clifton _____
W. Gregory Biddle  Signature of Debtor
The Biddle Law Firm, P.C.
2100 First Avenue North
Suite 340  /s/ _____
Birmingham, AL 35203  Signature of Debtor
(205) 328-3328